# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2481
_____

ANTHONY SCOCOZZO,

Petitioner,

v.

SCOTT RHODEN,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

July 10, 2024

PER CURIAM.

DISMISSED. *See Loor v. State*, 271 So. 3d 105, 105–06 (Fla. 3d DCA 2019).

B.L. THOMAS, ROBERTS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anthony Scocozzo, pro se, Petitioner.

No appearance for Respondent.